VOLUNTARY PAYMENT—See Set-off 2.

# W.

WARNING—See Pauper Cases 5, 6, 7, 8, 10.

## WARRANT.

**ADMINISTRATOR OF FELLOWS** *against* **TUTTLE ET AL.** *Franklin,* **1815.**

UNDER the Statute, passed October, 1789, directing the treasurer to issue his warrant, against the proprietors of certain towns, to defray the expence of surveying ; it was neces-

sary that he should, in his warrant, name the persons, and the several sums by them to be paid.

See Trespass 3.